## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Denise A. Pate,

    Plaintiff,

        v.                                   Case No.  1:07cv546

Nancy Schultz, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 2, 2008 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court find the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Defendant's Motion to Dismiss (Doc. 6) is granted and Plaintiff's Motion for Appointment of Counsel (Doc. 5) is denied as moot.

**IT IS SO ORDERED.**

                                              *S/Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court